# U.S. District Court

## Texas Western - El Paso

Receipt Date: Jun 20, 2024 4:04PM

Nubia Herrera
7519 N Loop Drive
El Paso, TX 79915

Rcpt. No: 2426 Trans. Date: Jun 20, 2024 4:04PM Cashier ID: #DACa

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #22-056645520 | 06/20/2024 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: CIVIL FILING FEE EP:24-CV-0216 - LS Herrera vs CR1F Group