# FILED
October 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NUBIA HERRERA,**<br><br>**Plaintiff,**<br><br>**CR1F GROUP LLC, a California Limited Liability Company dba CREDIT 1 FINANCE, CORDOBA LEGAL, and EASY FINANCE, an**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case N. 3:24-cv-00216-LS** |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Nubia Herrera files the Notice of Voluntary Dismissal pursuant to Fed. R. Civ P. 41(a)(1)(A)(i). Plaintiff's claims against all Defendant's CR1F Group, LLC, Cordoba Legal and Easy Finance, are dismissed **with** prejudice.

October 16, 2024, respectfully submitted

Nubia Herrera

Nubia Herrera
Plaintiff, Pro Se
7519 N Loop Drive
El Paso, TX 79915
915-888-0489
Nuviah235@gmail.com

I caused a true copy of the foregoing Plaintiff's Notice of Voluntary Dismissal to be served via electronic mail to attorney who represents all Defendants in this case Bill Mitchell bill@wrmbizlaw.com.

October 16, 2024,

respectfully submitted,

Nubia Herrera

Nubia Herrera
Plaintiff, Pro Se
7519 N Loop Drive
El Paso, TX 79915
915-888-0489
Nuviah235@gmail.com