**RECEIVED**
October 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Laura Loera
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NUBIA HERRERA,** | § | |
| **Plaintiff,** | § | |
| | § | **Case N. 3:24-cv-00216-LS** |
| **CR1F GROUP LLC, a California Limited Liability Company dba CREDIT 1 FINANCE, CORDOBA LEGAL, and EASY FINANCE, an** | § | |
| **Defendant.** | § | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Motion to Dismiss all Defendants CR1F Group LLC, Cordoba Legal and Easy Finance, it is this _____ day of _______________, 2024,

**ORDER** that Plaintiff's Motion to Dismiss all Defendants CR1F Group LLC, Cordoba Legal and Easy Finance, be and is hereby

**GRANTED:**

**SO ORDERED**

______________________________
United Stated District Judge